# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 6, 2022

## NO. 03-21-00539-CV

**Carrie Chitsey and Chris Chitsey, Appellants**

**v.**

**Heather Otten, J. E. Hagan, K. R. Hagan, and Willie Mae Hagan, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY, AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on October 4, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.